IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., and GYRUS ACMI, INC.,<br><br>   Defendants. | C.A. No. _____ |

## ARTHROCARE CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, ArthroCare Corporation states that Fidelity Management & Research Corporation owns 10% or more of its stock.

            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

            */s/ Karen Jacobs Louden*
            _____
            Jack B. Blumenfeld (#1014)
            Karen Jacobs Louden (#2881)
            1201 North Market Street
            P.O. Box 1347
            Wilmington, DE 19899-1347
            (302) 658-9200
            jblumenfeld@mnat.com
            klouden@mnat.com

            *Attorneys for Plaintiff*
             *ArthroCare Corporation*

*Of Counsel*:

Jared B. Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Nicholas Groombridge
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

2

Cabrach J. Connor
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
(512) 349-1930

November 14, 2007

1313747.1