# UNITED STATES DISTRICT COURT

                                District of                Delaware

ArthroCare Corporation,

        Plaintiffs,

         V.

Gyrus Medical, Inc., Gyrus ENT, L.L.C.
and Gyrus ACMI, Inc.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  07-729

TO: (Name and address of Defendant)

    Gyrus ACMI, Inc.
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Jack B. Blumenfeld
    Morris, Nichols, Arsht & Tunnell LLP
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE  19899

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                                     NOV 1 4 2007

CLERK                                                                       DATE

_E. Stricklin_
(By) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>November 15, 2007 |
| NAME OF SERVER *(PRINT)*<br>Scott Barber | TITLE<br>Messenger |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): by hand delivering a copy of the summons and complaint to Gyrus ACMI, Inc., c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    11/15/07       _[signature]_
                 Date                 *Signature of Server*
                                             1201 N. Market Street
                                             P.O. Box 1347

                                             Wilmington, DE 19899
                                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.