IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-729 (SLR) |
| v. ) | |
| ) | |
| GYRUS MEDICAL, INC., GYRUS ENT, ) | **JURY TRIAL DEMANDED** |
| L.L.C., and GYRUS ACMI, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION AND ORDER FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint in this action is extended to January 7, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP          POTTER ANDERSON & CORROON LLP

By: */s/ Karen Jacobs Louden*                                By: */s/ David E. Moore*
    Jack B. Blumenfeld (#1014)                                     Richard L. Horwitz (#2246)
    Karen Jacobs Louden (#2881)                                    David E. Moore (#3983)
    1201 North Market Street                                       Hercules Plaza, 6th Floor
    P.O. Box 1347                                                  1313 N. Market Street
    Wilmington, DE 19899                                           Wilmington, Delaware 19801
    Tel: (302) 658-9200                                            Tel: (302) 984-6000
    jblumenfeld@mnat.com                                           rhorwitz@potteranderson.com
    kjlefiling@mnat.com                                            dmoore@potteranderson.com

*Attorney for Plaintiff*                                       *Attorneys for Defendants*


SO ORDERED, this _____ day of _____, 2007.

_____
United States District Judge

833416 / 32487