## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARTHROCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-729 (SLR) |
| v. | ) | |
| | ) | |
| GYRUS MEDICAL, INC., GYRUS ENT, | ) | **JURY TRIAL DEMANDED** |
| L.L.C., and GYRUS ACMI, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

pro hac vice of Darle M. Short, Thomas J. Pardini, Daniel A. Tanner III and Daniel M. Schneider

of Oliff & Berridge, PLC, 277 S. Washington Street, Suite 500, Alexandria, VA 22314, to

represent defendants Gyrus Medical, Inc., Gyrus Ent. L.L.C., and Gyrus ACMI, Inc. in this

matter.

POTTER ANDERSON & CORROON LLP

By:  /s/ Richard L. Horwitz
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19899
     (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

Dated:  January 3, 2008
839853 / 32487

*Attorneys for defendants Gyrus Medical,*
*Inc., Gyrus Ent., L.L.C., and Gyrus ACMI,*
*Inc.*

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                                      United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Maryland and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 3, 2008          Signed:  /s/ *Darle M. Short*
                                        Darle M. Short
                                        Oliff & Berridge, PLC
                                        277 S. Washington Street
                                        Suite 500
                                        Alexandria, VA 22314
                                        Telephone: (703) 836-6400
                                        dshort@oliff.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Virginia and the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 3, 2008          Signed:  /s/ *Thomas J. Pardini*
                                        Thomas J. Pardini
                                        Oliff & Berridge, PLC
                                        277 S. Washington Street
                                        Suite 500
                                        Alexandria, VA 22314
                                        Telephone: (703) 836-6400
                                        tpardini@oliff.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 3, 2008        Signed:  /s/ *Daniel A. Tanner III*
                                      Daniel A. Tanner III
                                      Oliff & Berridge, PLC
                                      277 S. Washington Street
                                      Suite 500
                                      Alexandria, VA 22314
                                      Telephone: (703) 836-6400
                                      dtanner@oliff.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: January 3, 2008                 Signed: /s/ *Daniel M. Schneider*
                                              Daniel M. Schneider
                                              Oliff & Berridge, PLC
                                              277 S. Washington Street
                                              Suite 500
                                              Alexandria, VA 22314
                                              Telephone: (703) 836-6400
                                              dschneider@oliff.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on January 3, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 3, 2008, I have Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@mnat.com

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
jared.bobrow@weil.com

Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicholas.groombridge@weil.com

Cabrach J. Connor
Kevin Kudlac
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
cabrach.connor@weil.com
kevin.kudlac@weil.com

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

840224 / 32487