IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-729-SLR |
| v. | ) |
| | ) |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., | ) **JURY TRIAL DEMANDED** |
| and GYRUS ACMI, INC., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION TO DISQUALIFY
### PLAINTIFF'S COUNSEL WEIL, GOTSHAL & MANGES

Defendants Gyrus Medical, Inc., Gyrus ENT, L.L.C., and Gyrus ACMI, Inc. respectfully move the Court to disqualify plaintiff ArthroCare Corporation's counsel Weil, Gotshal & Manges ("Weil") because Weil has conflicts of interest, as more fully discussed in Defendants' Brief In Support filed herewith.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Darle M. Short
Thomas J. Pardini
Daniel A. Tanner III
Daniel M. Schneider
OLIFF & BERRIDGE, PLC
277 S. Washington Street, Suite 500
Alexandria, VA 22314
Tel: (703) 836-6400

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants
Gyrus Medical, Inc., Gyrus ENT., L.L.C.,
and Gyrus ACMI, Inc.*

Dated: January 30, 2008
845543/32487

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on January 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 30, 2008, I have Electronically Mailed the document to the following person(s):

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@mnat.com

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
jared.bobrow@weil.com

Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicholas.groombridge@weil.com

Cabrach J. Connor
Kevin Kudlac
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
cabrach.connor@weil.com
kevin.kudlac@weil.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

840224 / 32487

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARTHROCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 07-729-SLR |
| v. | ) | |
| | ) | |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., | ) | **JURY TRIAL DEMANDED** |
| and GYRUS ACMI, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Having considered Defendants' Motion to Disqualify Plaintiff's Counsel Weil, Gotshal & Manges, it is hereby ORDERED this _____ day of _____, 2008 that the Motion is GRANTED.

_____
United States District Judge