IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARTHROCARE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-729 (SLR) |
| | ) | |
| GYRUS MEDICAL, INC., GYRUS ENT, | ) | |
| L.L.C., and GYRUS ACMI, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1*) Arthrocare's First Set of Interrogatories to Gyrus*; and 2) *Arthrocare's First Set of Requests for Production of Documents and Things to Gyrus* were caused to be served on February 4, 2008 upon the following in the manner indicated:

Richard L. Horwitz, Esquire                                    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire                                             *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza
6th Floor
Wilmington, DE  19801


Darle M. Short                                                        *VIA ELECTRONIC MAIL*
Thomas J. Pardini
Daniel A. Tanner, III
Daniel M. Schneider
Oliff & Berridge, PLC
277 S. Washington Street
Suite 500
Alexandria, VA 22314

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Plaintiff*
*ArthroCare Corporation*

OF COUNSEL:

Jared B. Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
Cabrach J. Connor
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
(512) 349-1930

February 4, 2008
1320952

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2008, I electronically filed the foregoing with

the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on

February 4, 2008 upon the following in the manner indicated:

Richard L. Horwitz                                      *VIA ELECTRONIC MAIL*
David E. Moore                                             *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza – 6th Floor
Wilmington, DE  19801

Darle M. Short                                          *VIA ELECTRONIC MAIL*
Thomas J. Pardini
Daniel A. Tanner, III
Daniel M. Schneider
Oliff & Berridge, PLC
277 S. Washington Street, Suite 500
Alexandria, VA 22314


*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)