IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-729 (SLR) |
| | ) |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., and GYRUS ACMI, INC., | ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time by which the parties shall serve initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) is extended through and including March 7, 2008.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ James W. Parrett, Jr.
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (#4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff
ArthroCare Corporation*

1704026

POTTER ANDERSON & CORROON LLP

/s/ Richard W. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
P: 302-984-6000
rhorwitz@potterandersom.com
dmoore@potteranderson.com

*Attorneys for Defendants
Gyrus Medical, Inc., Gyrus Ent, L.L.C. and
Gyrus ACMI, Inc.*

SO ORDERED this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE