IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ArthroCare Corporation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-729-SLR |
| | : | |
| Gyrus Medical Inc., Gyrus ENT L.L.C., and Ayrus ACMI Inc. | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this 5th day of **March, 2008**.

IT IS ORDERED that a status teleconference has been scheduled for **March 31, 2008 at 11:00 a.m.** with Magistrate Judge Stark to discuss the scheduling of, the procedures involved, and the types of alternative dispute resolutions available, including mediation conferences. **Defendants' counsel shall initiate the teleconference call to 302-573-4573.**

IT IS FURTHER ORDERED that the teleconference scheduled for **March 19, 2008 at 2:00 p.m.** is **CANCELED**.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE