IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION,                Plaintiff,<br>v.<br>GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., and GYRUS ACMI, INC.,                Defendants. | ) ) ) ) ) ) C.A. No. 07-729 (SLR) ) ) ) ) ) |

**STIPULATION AND ORDER TO FILE SURREPLY**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that Plaintiff ArthroCare Corporation may file a surreply to Defendants' Reply Brief Regarding Motion To Disqualify Plaintiff's Counsel Weil, Gotshal & Manges (D.I. 34) by March 11, 2008 in order to address new information introduced therein. The parties further stipulate that Defendants may file a sur-surreply brief by March 20, 2008, if necessary.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ James W. Parrett, Jr.* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>James W. Parrett, Jr. (#4292)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>jparrett@mnat.com<br><br>*Attorneys for Plaintiff*<br>*ArthroCare Corporation* | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potterandersom.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Gyrus Medical, Inc., Gyrus Ent, L.L.C. and*<br>*Gyrus ACMI, Inc.* |

1804479

SO ORDERED this ___ day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE