IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-729 (SLR) |
| | ) |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., and GYRUS ACMI, INC., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of 1) Arthrocare's Objections and Responses to Gyrus's First Set of Requests for Production of Documents, Electronically Stored Information, and Tangible Things (Nos. 1-42); and 2) Arthrocare's Responses and Objections to Gyrus's First Set of Interrogatories (Nos. 1-20) were caused to be served on May 12, 2008 upon the following in the manner indicated:

Richard L. Horwitz                                                                                       *VIA ELECTRONIC MAIL*
David E. Moore
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Darle M. Short                                                                                            *VIA ELECTRONIC MAIL*
Thomas J. Pardini
Daniel A. Tanner, III
Daniel M. Schneider
OLIFF & BERRIDGE, PLC
277 S. Washington Street, Suite 500
Alexandria, VA 22314

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ James W. Parrett, Jr. (#4292)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

*Attorneys for Plaintiff ArthroCare Corporation*

OF COUNSEL:

Jared B. Bobrow
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
Cabrach J. Connor
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
(512) 349-1930

May 12, 2008
1320952

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

>Richard L. Horwitz
>David E. Moore
>POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on March 12, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Hercules Plaza – 6th Floor<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Darle M. Short<br>Thomas J. Pardini<br>Daniel A. Tanner, III<br>Daniel M. Schneider<br>OLIFF & BERRIDGE, PLC<br>277 S. Washington Street, Suite 500<br>Alexandria, VA 22314 | *VIA ELECTRONIC MAIL* |

>*/s/ James W. Parrett, Jr. (#4292)*
>James W. Parrett, Jr. (4292)