IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 07-729 (SLR) |
| | ) |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., and GYRUS ACMI, INC., | ) |
| | ) |
| Defendants. | ) |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *ArthroCare's Second Set of Requests for Production of Documents and Things to Gyrus (Nos. 33-43)* were caused to be served on May 30, 2008 upon the following in the manner indicated:

Richard L. Horwitz   *VIA ELECTRONIC MAIL*
David E. Moore   *and HAND DELIVERY*
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE 19801

Darle M. Short   *VIA ELECTRONIC MAIL*
Thomas J. Pardini
Daniel A. Tanner, III
Daniel M. Schneider
OLIFF & BERRIDGE, PLC
277 S. Washington Street, Suite 500
Alexandria, VA 22314

                                                Morris, Nichols, Arsht & Tunnell LLP

*/s/ James W. Parrett, Jr. (#4292)*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
James W. Parrett, Jr. (4292)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com
jparrett@mnat.com

    *Attorneys for Plaintiff ArthroCare Corporation*

OF COUNSEL:

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Kevin Kudlac
Cabrach J. Connor
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway
Suite 1350
Austin, TX 78759
(512) 349-1930

May 30, 2008
1320952

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Richard L. Horwitz
> David E. Moore
> POTTER ANDERSON & CORROON LLP

I further certify that I caused to be served copies of the foregoing document on May 30, 2008 upon the following in the manner indicated:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Hercules Plaza – 6th Floor<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL*<br>*and HAND DELIVERY* |
| Darle M. Short<br>Thomas J. Pardini<br>Daniel A. Tanner, III<br>Daniel M. Schneider<br>OLIFF & BERRIDGE, PLC<br>277 S. Washington Street, Suite 500<br>Alexandria, VA 22314 | *VIA ELECTRONIC MAIL* |

*/s/ James W. Parrett, Jr. (#4292)*
James W. Parrett, Jr. (4292)