IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-729-SLR |
| v. | ) |
| | ) |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., | ) **JURY TRIAL DEMANDED** |
| and GYRUS ACMI, INC., | ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Peter T. Ewald of Oliff & Berridge, PLC, 277 S. Washington Street, Suite 500, Alexandria, VA 22314 to represent Defendants Gyrus Medical, Inc., Gyrus ENT., L.L.C., and Gyrus ACMI, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: June 9, 2008
867882 / 32487

*Attorneys for Defendants*
*Gyrus Medical, Inc., Gyrus ENT., L.L.C.,*
*and Gyrus ACMI, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____        _____
                                         United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 9, 2008          Signed:      /s/ *Peter T. Ewald*
                                         Peter T. Ewald
                                         Oliff & Berridge, PLC
                                         277 S. Washington Street
                                         Suite 500
                                         Alexandria, VA 22314
                                         Telephone: (703) 836-6400
                                         pewald@oliff.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 9, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 9, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@mnat.com

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
jared.bobrow@weil.com

Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicholas.groombridge@weil.com

Cabrach J. Connor
Kevin Kudlac
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
cabrach.connor@weil.com
kevin.kudlac@weil.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

840224 / 32487