IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ARTHROCARE CORPORATION,             )
                                    )
        Plaintiff,                  )
                                    )
v.                                  ) Civ. No. 07-729-SLR
                                    )
GYRUS MEDICAL, INC., GYRUS          )
ENT, L.L.C., and GYRUS ACMI, INC.,  )
                                    )
        Defendants.                 )

## O R D E R

IT IS ORDERED that the court shall conduct an evidentiary hearing related to defendants' motion for disqualification of plaintiff's counsel (D.I. 14) on **Thursday, July 17, 2008,** commencing at **4:00 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. Having reviewed the record, the court has concluded that, in order to prevail, defendants must present at the hearing evidence of the specific confidential information relating to the instant litigation allegedly shared with Weil Gotshal in the first instance, and how that information has been disseminated to their prejudice, in light of the Weil Gotshal declarations. Because it is defendants' burden of persuasion, defendants shall have two hours in which to present their evidence; plaintiff shall have one hour. The party who prevails shall have its costs paid by the opposing party.

Date: June 11, 2008

_____
United States District Judge