IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARTHROCARE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 07-729-SLR |
| v. ) | |
| ) | |
| GYRUS MEDICAL, INC., GYRUS ENT, L.L.C., ) | **JURY TRIAL DEMANDED** |
| and GYRUS ACMI, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned counsel for Defendants hereby certifies that copies of the following documents were caused to be served on June 30, 2008, upon the following attorneys of record at the following addresses as indicated:

DEFENDANTS' RESPONSES TO ARTHROCARE'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO GYRUS (NOS. 33-43)

**VIA ELECTRONIC MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@mnat.com

Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
jared.bobrow@weil.com

Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicholas.groombridge@weil.com

Cabrach J. Connor
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
cabrach.connor@weil.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Darle M. Short<br>Thomas J. Pardini<br>Daniel A. Tanner III<br>Daniel M. Schneider<br>OLIFF & BERRIDGE, PLC<br>277 S. Washington Street, Suite 500<br>Alexandria, VA 22314<br>Tel: (703) 836-6400<br><br>Dated: June 30, 2008<br>872042 / 32487 | POTTER ANDERSON & CORROON LLP<br><br>By:  /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19899<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendants*<br>*Gyrus Medical, Inc., Gyrus ENT., L.L.C.,*<br>*and Gyrus ACMI, Inc.* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 30, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on June 30, 2008, the attached document was Electronically Mailed to the following person(s):

Jack B. Blumenfeld
Karen Jacobs Louden
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
JBlumenfeld@MNAT.com
klouden@mnat.com

Jared Bobrow
Paula B. Whitten
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
jared.bobrow@weil.com
paula.whitten@weil.com

Nicholas Groombridge
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
nicholas.groombridge@weil.com

Cabrach J. Connor
Kevin Kudlac
Weil, Gotshal & Manges LLP
8911 Capital of Texas Highway, Suite 1350
Austin, TX 78759
cabrach.connor@weil.com
kevin.kudlac@weil.com

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

840224 / 32487